# EXHIBIT A

Case 25-10429-1-pgr    Doc 23-1    Filed 09/12/25    Entered 09/12/25 11:47:25    Desc
Case 25-10429-1-rel    Doc 5 Exhibit A 4/2 Page 2 of 3 ed 04/21/25 00:16:53    Desc
Imaged Certificate of Notice    Page 3 of 4

United States Bankruptcy Court

Northern District of New York

In re:                                                                                    Case No. 25-10429-rel

Akasha L. Anderson                                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0206-1                          User: admin                              Page 1 of 2

Date Rcvd: Apr 18, 2025                       Form ID: 309A                            Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Akasha L. Anderson, 150 Riverwalk Way, Cohoes, NY 12047-3336 |
| 909655159 | Rent-A-Center, Inc., 1607 Broadway, Watervliet, NY 12189-2807 |
| 909655161 | + Riverwalk on the Hudson Inc., c/o T. Padric Moore, Esq., 1407 US Route 9, Bldg 2, Clifton Park, NY 12065-6588 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mike@boylebankruptcy.com | Apr 18 2025 19:44:00 | Michael Leo Boyle, Boyle Legal, LLC, 64 2nd Street, Troy, NY 12180 |
| tr | + EDI: QJPDANAHER | Apr 18 2025 23:42:00 | Philip J. Danaher-Trustee, Law Office of Philip J. Danaher, Trustee, 77 Troy Road, East Greenbush, NY 12061-1330 |
| smg | Email/Text: USANYN.Bankruptcy@usdoj.gov | Apr 18 2025 19:44:00 | United States Attorney, NDNY, P.O. Box 7198, Syracuse, NY 13261-7198 |
| ust | + Email/Text: ustpregion02.al.ecf@usdoj.gov | Apr 18 2025 19:44:00 | U.S. Trustee, Office of the U.S. Trustee, Leo W. O'Brien Federal Building, 11A Clinton Ave, Room 620, Albany, NY 12207-2370 |
| 909655141 | + EDI: CAPITALONE.COM | Apr 18 2025 23:42:00 | Capital One, Acct No xxxxxxxxxxxx1870, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 909655142 | + EDI: CAPITALONE.COM | Apr 18 2025 23:42:00 | Capital One, Acct No xxxxxxxxxxxx8972, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 909655144 | + Email/Text: Claims@cri.studentaid.gov | Apr 18 2025 19:44:00 | Central Research Inc/d, Acct No xxxxxxxxxxx9009, Po Box 82539, Lincoln, NE 68501-2539 |
| 909655145 | + Email/Text: Claims@cri.studentaid.gov | Apr 18 2025 19:44:00 | Central Research Inc/d, Acct No xxxxxxxxxxx9109, Po Box 82539, Lincoln, NE 68501-2539 |
| 909655148 | + Email/Text: Claims@cri.studentaid.gov | Apr 18 2025 19:44:00 | Central Research Inc/d, Acct No xxxxxxxxxxx9209, Po Box 82539, Lincoln, NE 68501-2539 |
| 909655152 | + Email/Text: Claims@cri.studentaid.gov | Apr 18 2025 19:44:00 | Central Research Inc/d, Acct No xxxxxxxxxxx9309, Po Box 82539, Lincoln, NE 68501-2539 |
| 909655149 | + Email/Text: Claims@cri.studentaid.gov | Apr 18 2025 19:44:00 | Central Research Inc/d, Acct No xxxxxxxxxxx9409, Po Box 82539, Lincoln, NE 68501-2539 |
| 909655147 | + Email/Text: Claims@cri.studentaid.gov | Apr 18 2025 19:44:00 | Central Research Inc/d, Acct No xxxxxxxxxxx9509, Po Box 82539, Lincoln, NE 68501-2539 |
| 909655143 | + Email/Text: Claims@cri.studentaid.gov | | |

District/off: 0206-1                                    User: admin                                    Page 2 of 2
Date Rcvd: Apr 18, 2025                                Form ID: 309A                                 Total Noticed: 28

|  |  | Apr 18 2025 19:44:00 | Central Research Inc/d, Acct No xxxxxxxxxxx9609, Po Box 82539, Lincoln, NE 68501-2539 |
| 909655151 | + Email/Text: Claims@cri.studentaid.gov | Apr 18 2025 19:44:00 | Central Research Inc/d, Acct No xxxxxxxxxxx8709, Po Box 82539, Lincoln, NE 68501-2539 |
| 909655146 | + Email/Text: Claims@cri.studentaid.gov | Apr 18 2025 19:44:00 | Central Research Inc/d, Acct No xxxxxxxxxxx8809, Po Box 82539, Lincoln, NE 68501-2539 |
| 909655150 | + Email/Text: Claims@cri.studentaid.gov | Apr 18 2025 19:44:00 | Central Research Inc/d, Acct No xxxxxxxxxxx8909, Po Box 82539, Lincoln, NE 68501-2539 |
| 909655153 | + EDI: PHINHARRIS | Apr 18 2025 23:42:00 | Harris & Harris, Acct No xxxx3817, Attn: Bankruptcy, 111 W Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 909655154 | + Email/Text: jorge.minano@contacthf.com | Apr 18 2025 19:44:00 | Heritage Financial Cre, Acct No xxxxxxxxxxxxx0001, 25 Rykowski Lane, Middletown, NY 10941-4019 |
| 909655155 | + Email/Text: jorge.minano@contacthf.com | Apr 18 2025 19:44:00 | Heritage Financial Cre, Acct No xxxxxxxxxxxxx0071, 25 Rykowski Lane, Middletown, NY 10941-4019 |
| 909655156 | + EDI: IRS.COM | Apr 18 2025 23:42:00 | Internal Revenue Service, Acct No SS#, PO Box 7346, Philadelphia, PA 19101-7346 |
| 909655157 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 19:54:25 | Lvnv Funding/Resurgent Capital, Acct No xxxxxxxxxxxx5091, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 909655158 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2025 19:44:00 | Midland Credit Mgmt, Acct No xxxxx3844, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 909655160 | + Email/Text: bknotify@acsi.net | Apr 18 2025 19:44:00 | RentDebt Automated Collections, Acct No xxxxx6711, Attn: Bankruptcy, 2802 Opryland Dr, Nashville, TN 37214-1200 |
| 909655162 | Email/Text: bankruptcies@uplift.com | Apr 18 2025 19:44:00 | Uplift, Inc., Acct No xxxxxxxxxxxx9714, Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 909655140 | EDI: G2RSVOLKSWGN | Apr 18 2025 23:42:00 | Audi Financial Services, Acct No 2598, 1401 Franklin Blvd, Libertyville, IL 60048 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025                    Signature:        /s/Gustava Winters