# EXHIBIT B

**Cohoes City Court**
**LANDLORD TENANT**

Riverwalk on the Hudson, Inc.
vs.
Angelica Mack et al.

Index #: LT-000264-25/CO  Seq 1A



Original Issuance
**WARRANT OF EVICTION**
Non-Payment

**TO THE MARSHAL OF THE CITY OF COHOES**

Final decision in favor of the petitioner(s):
(1) Riverwalk on the Hudson, Inc.

has been granted based on the judgment of possession entered in the Cohoes City Court on 06/04/2025, which authorized the removal of the respondent(s) listed below from the premises.

Therefore, you are commanded to remove:
(1) Angelica Mack
(2) Akasha Anderson

from the following described premises, located in Albany County:
(1) 150 Riverwalk Way   11-150, Cohoes, NY 12047

The officer serving the Warrant of Eviction must notify the person(s) to be evicted or dispossessed in writing at least 14 days before executing the warrant. The warrant must be executed on a business day between the hours of sunrise and sunset. The earliest possible date the warrant may be executed is 06/18/2025.

**Witness, Honorable Brett M. Knowles**
      **City Court Judge**

Dated: 06/04/2025

_____
Honorable Brett M. Knowles
City Court Judge

## Cohoes City Court
### Landlord and Tenant Judgment

**Index Number:** LT-000264-25/CO

Petitioner(s):
Riverwalk on the Hudson, Inc.

vs.

Respondent(s):
Angelica Mack;
Akasha Anderson

A Notice of Petition and Non-Payment Petition duly verified and proof of service having been filed with this court and the issue having been decided before Honorable Brett M. Knowles City Court Judge on June 04, 2025, a final order is made, after hearing in favor of Petitioner: Riverwalk on the Hudson, Inc..

On Motion of:   Thomas Padric Moore
1407 Route 9 Ste 2, Halfmoon, NY 12065-6588

**IT IS ADJUDGED:**

That possession of the premises, described in the petition located at 150 Riverwalk Way   11-150, Cohoes, NY 12047-, be awarded to the petitioner(s), along with a monetary judgment in the amount of $5,250.20 for a total judgment of $5,250.20, without costs.

This court has determined this case to be a consumer debt action against a natural person, therefore the 2% post-judgment interest rate pursuant to NY CPLR §5004(a) applies.

Petitioner creditor(s) and address(es):
(1) Riverwalk on the Hudson, Inc., at c/o Law Office of T. Padric Moore, PLLC, 1407 U.S. Rte 9, Bldg 2, Clifton Park, NY 12065

Respondent debtor(s) and address(es):
(1) Angelica Mack, at 150 Riverwalk Way   11-150, Cohoes, NY 12047
(2) Akasha Anderson, at 150 Riverwalk Way   11-150, Cohoes, NY 12047

**IT IS FURTHER ORDERED:**

That a warrant of eviction shall issue removing all named respondents from the described premises without stay. The earliest date upon which execution may occur is 06/18/2025.

Date of Decision: 06/04/2025

Honorable Brett M. Knowles
City Court Judge

Judgment entered at Cohoes City Court, Cohoes City Hall, 97 Mohawk Street, Cohoes, NY 12047, in the STATE OF NEW YORK in the total amount of **$5,250.20 on 06/04/2025 at 11:17 AM.**

Judgment sequence 1

AnnMarie Potts, Chief Clerk

Generated 06/04/2025 at 11:17 AM        Page 1        of 1



# Cohoes City Marshal
*Cohoes City Hall-97 Mohawk Street-Cohoes, New York 12047*

**Cohoes City Court**               Albany County

Petitioner

*Riverwalk on the Hudson*            **NOTICE OF EVICTION**
                                      LT-000264-25

Respondent

*Angelica Mock; Akosha Anderson*

---

PLEASE TAKE NOTICE THAT A WARRANT HAS BEEN ISSUED BY THE CITY COURT OF COHOES, UNDER THE DATE OF ___6/4/25___, DIRECTING THE UNDERSIGNED CITY MARSHAL TO EVICT YOU FROM:

*150 Riverwalk Way 11-150*
*Cohoes NY 12047*

---

AND TO PUT THE LANDLORD, PETITIONER IN POSSESSION THEREOF:

THIS IS A **14 DAY NOTICE** PURSUANT TO SECTION 749 OF THE REAL PROPERTY, ACTIONS AND PROCEEDINGS LAW.

YOU MUST REMOVE FROM THE PREMISES ON OR BEFORE:

DATE: _3:00pm 6/26/25_

_____
CITY MARSHAL

NOTE: IF BELONGINGS ARE NOT REMOVED BY DATE OF EVICTION, ARRANGEMENTS MUST BE MADE WITH THE LANDLORD FOR REMOVAL WITHIN 30 DAYS OF EVICTION.

Case 25-10429-1-pgr    Doc 23-2    Filed 09/12/25    Entered 09/12/25 11:47:25    Desc
Exhibit B    Page 5 of 8

20:10

9 

Hello Akasha, Taylor here from Riverwalk On The Hudson. Hope all is well today.

Just touching base on your balance. When do you plan to make a payment? Please submit your payment via this link

Let me know if you have any questions and I'll do my best to help.

Hi Akasha, hope your day's progressing well.

Checking in about your balance – do you have a payment date in mind? Please pay off your balance today at

Hi Akasha, Taylor here from Riverwalk On The Hudson. Hope your day is off to a great start.

New charges have been posted to your account. Your total balance due at this time is $5,363.04. You may view and submit your payment via this link

Let me know if you have any questions and I'll do my best to help.

+

20:10

9

Hi Akasha, Taylor here from Riverwalk On The Hudson. Hope all is well today.

Just touching base on your balance. When do you plan to make a payment? Please submit your payment via this link

Let me know if you have any questions and I'll do my best to help.

Hi Akasha, wishing you a good day.

You have open charges on your account; hope you can settle them. Please note that your total balance due is $5,413.04. Please submit your payment via this link

Let me know if you have any questions and I'll do my best to help.

Hello Akasha, Taylor here from Riverwalk On The Hudson. Hope all is well today.

Just a quick check on your balance. When can we expect your payment? Please submit your payment via this link

Let me know if you have any questions and I'll do my best to help.

20:10 ...ll 5G 46

9

Hi there Akasha, hope your day is going well.

Checking in about your balance - do you have a payment date in mind? Please submit your payment via this link

Checking in about your balance - do you have a payment date in mind? Please submit your payment via this link

Hi Akasha, Taylor here from Riverwalk On The Hudson. Wishing you a good day.

New charges are now reflected on your account. At present, your total balance due is $7,165.10. You may view and submit your payment via this link

Let me know if you have any questions and I'll do my best to help.

Hi Akasha, Taylor here from Riverwalk On The Hudson. Wishing you a hassle-free day.

Checking in about your balance - do you

20:10 .ıll 5G 46

9

Hi Akasha, Taylor here from Riverwalk On The Hudson. Wishing you a hassle-free day.

Checking in about your balance - do you have a payment date in mind? Please pay off your balance today at

Let me know if you have any questions and I'll do my best to help.

Hi Akasha, wishing you a hassle-free day.

Please note, you have a balance on your account. Your total balance due is currently $7,215.10. Please submit your payment via this link

Let me know if you have any questions and I'll do my best to help.

Hi Akasha, Taylor here from Riverwalk On The Hudson. Hope your day is going well.

Just a quick check on your balance. When can we expect your payment? Please submit your payment via this link

Let me know if you have any questions