United States Bankruptcy Court
Northern District of New York
All Divisions

**This Form Is To Be Used For Motion[3] Calendar Only.**

Case Name: Akasha L. Anderson

Case No.: 25-10429

Division: Albany

Adversary Proceeding No. (if applicable):

☐ Adjournment Request[4] for Hearing on Motion at Docket No.: _____

   Reason for Adjournment Request:

   Original Return Date of Motion:

   Number of prior adjournment request that have been made _____

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: at Docket No.: _____ at Docket No.:

   Based on the agreement of the parties, the Debtor(s) request(s) that the motion be dismissed with prejudice.

☒ Notification of Settlement of Motion at Docket No.: 23
   The parties have entered into a proposed settlement of the motion for $2,000.00. The Debtor(s) request(s) Court approval of the settlement.

Date of Hearing: October 16, 2025

Requested Adjourned Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:
   James F. Selbach, Esq., Selbach Law Offices, P.C., 8809 Daylight Drive, Liverpool, New York 13090, 315.471.6611, jselbach@selbachlawfirm.com

Consent of All Parties Obtained?  ☐ Yes  ☐ No - ***Absent compelling reasons, adjournments will not be granted without the consent of all parties.***
cc: Trevor J. Telisky, Esq.

This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.

---

[3]See www.nynb.uscourts.gov for the form relative to motion dates.

[4]If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)